388 P.3d 902

**Edelmira SALAYES-ARAIZA, Petitioner-Appellant,**

**v.**

**STATE of Hawai'i, Respondent-Appellee**

**NO. CAAP-15-0000934**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
November 28, 2016.

As Amended December 29, 2016

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (S.P.P. NO. 15-1-0007(1) (CR. NO. 14-1-0162(1)))

## MEMORANDUM OPINION

Vacate. Remand.